Federal Defenders
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 5, 2026

**BY ECF & EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

APPLICATION GRANTED
Judith C. McCarthy
Hon. Judith C. McCarthy
11-5-2026

Re: *United States v. Benjamin Vabner,* 25-mj-907 (UA)

Dear Honorable Judge McCarthy:

I am writing to request permission on Mr. Vabner's behalf to travel to the District of Massachusetts from November 24, 2026, to November 29, 2026, to celebrate Thanksgiving with his mother and her boyfriend in Cape Cod.

Mr. Vabner has been released with conditions for over a year and a half. He has remained complaint with his conditions. He is requesting permission with his mother and her boyfriend to Cape Cod for Thanksgiving and therefore requires permission to travel to the District of Massachusetts. Pre-Trial Services ("PTS"), through PTS Officer Shannon Finneran, has no objection to this request. The government, through AUSA Shaun Werebelow, also does not object to this request.

Therefore, Mr. Vabner respectfully requests that he be permitted to attend this event as noted. Thank you for your time and consideration.

Sincerely,

Elizabeth K. Quinn
Assistant Federal Defender
Counsel for Benjamin Vaber

cc: AUSA Shaun Werbelow, Esq.
Shannon Finneran, PTS